# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5031**                      **September Term, 2023**

1:23-cv-00158-JEB

**Filed On:** April 22, 2024

In re: Sealed Case,

      **BEFORE:**     Millett, Pillard, and Garcia, Circuit Judges

### O R D E R

      Upon consideration of the motion to reopen and unseal the appeal, which the court construes as a motion to recall the mandate combined with a motion to unseal, it is

      **ORDERED** that the motion to recall the mandate be denied. The court's inherent power to recall its mandate "can be exercised only in extraordinary circumstances," Calderon v. Thompson, 523 U.S. 538, 549–50 (1998), and appellant has shown no such circumstances in this case. It is

      **FURTHER ORDERED** that the motion to unseal be granted. See D.C. Cir. Rule 47.1(c). The Clerk is directed to unseal this appeal.

### Per Curiam

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk